# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 10-22921-CIV-ALTONAGA/Brown

**RICHARD SARTORIO**,

      Plaintiff,

vs.

**MERSCORP, INC.**, *et al.*,

      Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte* upon a review of the record.  The Local Rules for the U.S. District Court for the Southern District of Florida provide that "in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961–1968 or Florida Statutes §§ 772.101–772.104, the party filing the RICO claim shall, within thirty (30) days of the filing . . . , serve a RICO Case Statement."  S.D. FLA. L.R. 12.1.  The Complaint asserts federal RICO claims.  The time for compliance with Local Rule 12.1 has passed, and Plaintiff has not filed a RICO Case Statement.  Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall file his RICO Case Statement **no later than September 30, 2010**. Failure to comply will result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2010.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record