# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 10-22921-CIV-ALTONAGA/Brown

**RICHARD SARTORIO**,

     Plaintiff,

vs.

**MERSCORP, INC.**, *et al.*,

     Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court on Plaintiff's Request for Production (the "Request") [ECF No.7], filed on August 24, 2010.  The Local Rules for the U.S. District Court for the Southern District of Florida provide that certain "discovery requests, responses, and notices must not be filed with the Court or the Clerk of the Court . . . until they are used in the proceeding or the court orders filing."  S.D. FLA. L.R. 26.1(b).  Local Rule 26.1(b) specifically prohibits filing interrogatories and requests for documents unless the conditions are satisfied.  *See* S.D. FLA. L.R. 26.1(b)(2)–(3).  The Request contains interrogatories and requests for documents which have neither been used in the proceeding nor been ordered by the Court to be filed.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Request for Production **[ECF No. 7]** is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2010.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record