UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22921-CIV-ALTONAGA/Brown

RICHARD SARTORIO,

       Plaintiff,

vs.

MERSCORP, INC., *et al.*,

       Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on a *sua sponte* review of the record.  The Local Rules

for the U.S. District Court for the Southern District of Florida provide that "in all civil actions where

a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961–1968, Florida Statutes

§§ 772.101–772.104, the party filing the RICO claim shall, within thirty (30) days of the filing . . .

, serve a RICO Case Statement."  S.D. FLA. L.R. 12.1.  The Complaint asserts federal RICO claims.

The time for compliance with Local Rule 12.1 has passed, and Plaintiff has not filed a RICO Case

Statement.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall file his RICO Case Statement on or

before October 8, 2010.  Failure to comply will result in dismissal without prejudice without further

notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of October, 2010.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:      counsel of record