UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22921-CIV-ALTONAGA/Brown

**RICHARD SARTORIO**, *et al.*,

    Plaintiffs,
vs.

**MERSCORP, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on a review of the record.

On October 12, 2010, Marshall C. Watson and the Law Office of Marshall C. Watson, P.A. responded to Plaintiffs' Amended Complaint (the "Sartorio Complaint") [ECF No. 8] by filing their Motion to Dismiss, or Alternatively, to Strike the Complaint (the "Watson Motion") [ECF No. 44]. Three more responses to the Sartorio Complaint by Defendants Merscorp, Inc., Michael J. Echevarria, and Florida Default Law Group, P.L. are due no later than October 22, 2010. (*See* [ECF Nos. 42, 46]). Defendants, Douglas C. Zahm and the Law Office of Douglas C. Zahm, P.A., have also appeared in the action, although it is not clear if they have been served.[1]

The Sartorio Complaint is in substantial part identical to the Second Amended Complaint (the "Figueroa Complaint") (Case No. 10-cv-61296-CMA [ECF No. 28]) in *Figueroa v. Merscorp, Inc.*, a case which is also pending before this Court. In *Figueroa*, seven motions to dismiss have

---

[1] Gerald M. Shapiro, Barry S. Fishman, and Shapiro & Fishman, LLP have not yet appeared in the action, and it is not clear if they have been served.

Case No. 10-22921-CIV-ALTONAGA/Brown

already been filed and are now scheduled for hearings beginning October 22. Those motions raise a number of issues that place the adequacy of the Figueroa Complaint into doubt. This suggests that in addition to the Watson Motion, a number of other motions to dismiss will be filed in this case in the coming weeks. Because the motions to dismiss the Sartorio Complaint are likely to make the same arguments as those already made in *Figueroa*, a significant amount of judicial resources, attorney time, and client funds will be unnecessarily expended to litigate the same arguments in more than a dozen motions in two cases. Consequently, in the interest of judicial (and litigants') economy, it is

**ORDERED AND ADJUDGED** as follows:

1. No Defendant in this action shall file a response to the Sartorio Complaint [ECF No. 8] until the Court orders one. The Court anticipates such an order will issue after the motions to dismiss in *Figueroa* have been resolved.

2. The Watson Motion to Dismiss **[ECF No. 44]** is **TERMED**. Plaintiff may, but is not required to, respond to the Motion.

3. The hearing scheduled for November 12, 2010 is cancelled.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of October, 2010.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record