UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22921-CIV-ALTONAGA/Brown

**RICHARD SARTORIO**, *et al.*,

    Plaintiffs,
vs.

**MERSCORP, INC.**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court *sua sponte* upon a review of the record.

The Local Rules for the U.S. District Court for the Southern District of Florida provide that "in all civil actions where a pleading contains a RICO cause of action pursuant to 18 U.S.C. §§ 1961–1968 or Florida Statutes §§ 772.101–772.104, the party filing the RICO claim shall, within thirty (30) days of the filing . . . , serve a RICO Case Statement." S.D. FLA. L.R. 12.1. Plaintiffs' Amended Complaint [ECF No. 8] contains only two counts, both of which are RICO claims. (*See* Am. Compl. ¶¶ 26–39).

On September 16, 2010, the Court issued an Order (the "September 16 Order") [ECF No. 15] noting that no RICO case statement had been filed and requiring Plaintiffs to file a RICO case statement by September 30, 2010. On October 4, 2010, the Court issued a second Order (the "October 4 Order") [ECF No. 29] again noting Plaintiffs had not filed a RICO case statement and resetting the deadline to file one to October 8, 2010.

Defendant, Merscorp, Inc. ("Merscorp"), filed an Unopposed Motion for a 10-Day Extension of Time to Respond to Amended Complaint Or, In the Alternative, Motion to Dismiss for Failure

Case No. 10-22921-CIV-ALTONAGA/Brown

to Comply with Court Orders Requiring a Civil RICO Case Statement (the "Motion for Extension of Time") [ECF No. 43] on October 12, 2010. In the Motion for Extension, Merscorp noted Plaintiffs' repeated failure to comply with the Court's order to submit a RICO case statement and asked the Court to dismiss the case. (*See* Mot. for Ext. 2–3). On October 13, 2010, the Court granted Merscorp's Motion for Extension of Time, but did not grant Merscorp's request to dismiss the case for failure to file the RICO statement. (*See* Order (the "October 13 Order") [ECF No. 46]). Instead, in granting the Motion for Extension of Time the Court again pointed out Plaintiffs' failure to file a RICO statement. (*See* Oct. 13 Order [ECF No. 46]).

The October 13 Order then set a deadline of October 15, 2010 for Plaintiffs to file a RICO case statement and warned, as had the previous two Orders, that "[f]ailure to file the RICO Statement will result in dismissal without prejudice without further notice." (Oct. 13 Order 1–2). The time for compliance with Local Rule 12.1 and each of three subsequent Orders has passed, yet Plaintiffs have inexplicably not filed a RICO Case Statement or explained their repeated failures to comply. "It is appropriate to dismiss . . . RICO claims because Plaintiffs failed to file a RICO Case Statement." *Palm Beach Cnty. Envtl. Coal. v. Fla.*, 651 F. Supp.2d 1328, 1348 (S.D. Fla. 2009). *See also Brutus v. Internal Revenue Serv.*, No. 10-10840, 2010 WL 3294114, 1 (11th Cir. August 23, 2010) (holding a district court may *sua sponte* dismiss a case pursuant to Federal Rule of Civil Procedure 41(b) for a plaintiff's failure to follow a court order). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Amended Complaint [ECF No. 8] is **DISMISSED**.

2. The Clerk shall **CLOSE the case**, and all pending motions are **DENIED as moot**.

Case No. 10-22921-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2010.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record